## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Christopher Garibaldi,

    Plaintiff,

vs.

Wal-Mart Stores, Inc.,

    Defendant.

Case No. _____

**NOTICE OF REMOVAL**

Defendant Wal-Mart Stores, Inc. n/k/a Walmart, Inc. (hereinafter "Walmart"), by and through its undersigned counsel, as and for its Notice of Removal of an action venued in the Fourth Judicial District Court, Hennepin County, Minnesota to the United States District Court, District of Minnesota, states:

## **REMOVAL IS TIMELY**

1. On February 26, 2018, through service of a Summons and Complaint, Plaintiff Christopher Garibaldi ("Plaintiff") commenced an action against Walmart, in the Fourth Judicial District Court, Hennepin County, Minnesota. A true and correct copy of the Summons and Complaint is attached as Exhibit 1.

2. This Notice of Removal is therefore timely pursuant to 28 U.S.C. § 1446(b) because it is filed within thirty (30) days of the date that Walmart was served with the Summons and Complaint.

## **REMOVAL IS PROPER BASED ON DIVERSITY JURISDICTION**

### *The Amount in Controversy Exceeds $75,000*

3. In the Complaint, Plaintiff alleges "this is an action for damages which exceeds Fifty Thousand Dollars ($50,000.00), exclusive of costs and interest." (Ex. 1, Compl., ¶ 1.)

4. In the Complaint, Plaintiff further seeks "more than Fifty Thousand Dollars ($50,000.00)" in addition to other monetary relief including costs and disbursements. (Ex. 1, Compl., "WHEREFORE" paragraph.)

5. Counsel for Plaintiff has represented that the damages exceed $75,000.

6. Upon information and belief, Plaintiff's alleged claims include a lower back sprain/strain for which he continues to seek and receive medical treatment.

### *The State Court Action Is Between Citizens of Different States*

7. As alleged, Plaintiff is a Minnesota resident. (Compl., ¶ 3.)

8. Walmart is a Delaware corporation with its principal place of business located in Arkansas.

### *Diversity Jurisdiction Exists*

9.   As set forth in Paragraphs 7 and 8 above, this Court has diversity jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. § 1332, and the action that Plaintiff served in State Court is properly removable under 28 U.S.C. § 1441.

### DEFENDANT HAS COMPLIED WITH THE REMOVAL PROCEDURES

10.   As required by 28 U.S.C. § 1446(a), Walmart has attached as Exhibit 1 to this Notice of Removal a copy of all process, pleadings and orders served upon it relating to the State Court action.

11.   As required by 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be served upon Plaintiff, by and through his counsel of record, and with the Clerk of the Tenth Judicial District Court, Anoka County, Minnesota, the State Court under which Plaintiff initially commenced an action against Walmart.

### DEFENDANT PRESERVES ALL DEFENSES

12.   The Answer of Walmart or other response to the Complaint was not due prior to filing this Notice of Removal. By filing this Notice of Removal, Walmart does not waive any defense or counterclaim that may be available to it including jurisdictional defenses. As required under Fed. R. Civ. P. 81(c)(2), Walmart will respond to the Complaint within the time set forth therein, unless an extension of the deadline is properly obtained pursuant this Court's approval.

WHEREFORE, Walmart respectfully removes the above-referenced cause of action from the Fourth Judicial District Court, Hennepin County, Minnesota to

the United States District Court of Minnesota, submits that no further proceedings be had in Minnesota State Court, and requests such other and further relief as is necessary and proper.

Dated: March 16, 2018
        *s/Angela Beranek Brandt*
        Angela Beranek Brandt (#0293143)
        LARSON • KING, LLP
        30 East Seventh Street, Ste. 2800
        Saint Paul, MN  55101
        (651) 312-6500 | Fax: (651) 312-6618
        abrandt@larsonking.com

        **Attorneys for Defendant Walmart**

LK 1791867